# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Ty Aaron Berrios<br>Debtor(s) | Chapter | 7 |
| | Case No. | 1:09–bk–06700–MDF |

## NOTICE OF DEFICIENT FILING

Debtor(s) has failed to file:

- ☑ Certification of Credit Counseling in accordance with Section 109(h)(1) of the U.S. Bankruptcy Code. (***NOT TO BE** confused with EXHIBIT D, INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT.*) Prior notice advised that said Certification was due immediately.

- ☐ EXHIBIT D, Individual Debtor's Statement of Compliance with Credit Counseling Requirement. If a joint case is filed, **EACH SPOUSE MUST COMPLETE AND FILE A SEPARATE EXHIBIT D.** (*NOT TO BE confused with CERTIFICATION OF CREDIT COUNSELING (INDIVIDUAL CASES ONLY).*) Prior notice advised that said Exhibit was **due immediately**.

**Notice is hereby given** that failure to file the above indicated item(s) **within seven (7) days from the date of this notice** will result in the dismissal of this petition.

| Address of the Bankruptcy Clerk's Office:<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>717–901–2800 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: September 1, 2009 |